# EXHIBIT 1

# Karina Ramirez

| | |
|---|---|
| From: | Darryl Cuttell <darryl@daranahybrid.com> |
| Sent: | Friday, June 30, 2017 3:46 PM |
| To: | Karina Ramirez |
| Cc: | Dawn Shaffer; Bart Tolleson; Jeff Marcum; Alison Meyer; Brenda Dane |
| Subject: | RE: Manpower changes - Elmsford |

I DO NOT CARE WHAT YOU THINK, WE ARE NOT PAYING THEM!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Regards

**Darryl Cuttell**
President
C: 716-572-8969
darryl@daranahybrid.com

O: 513-785-7540
F:  513-785-7397
345 High Street, 5th Floor
Hamilton, OH 45011
www.daranahybrid.com



*"Darana Hybrid is a MBE & DBE Tribally owned Native American Corporation"*

**From:** Karina Ramirez [mailto:karina@amps-staffing.com]
**Sent:** Friday, June 30, 2017 3:36 PM
**To:** Darryl Cuttell <darryl@daranahybrid.com>
**Subject:** RE: Manpower changes - Elmsford

I do not feel comfortable, not paying these employees for hours worked because it is illegal (Dept. of Labor Laws).

Kind Regards,

*Karina Ramirez*
**Human Resources**
**AMPS**
**Phone: 507-376-9868**

1

Toll Free: 866-942-2677
Fax: 507-376-6339



**From:** Darryl Cuttell [mailto:darryl@daranahybrid.com]
**Sent:** Friday, June 30, 2017 3:30 PM
**To:** Karina Ramirez <karina@amps-staffing.com>; Joe Holley <j.holley@daranahybrid.com>; Alison Meyer <a.meyer@amps-staffing.com>
**Cc:** Bart Tolleson <bart@daranahybrid.com>; Gene Mercer <g.mercer@daranahybrid.com>; Rodney Caudill <rodney@daranahybrid.com>; Wayne Nelums <wayne@daranahybrid.com>
**Subject:** RE: Manpower changes - Elmsford

NO!!!!!!!

Regards

**Darryl Cuttell**
President
C: 716-572-8969
darryl@daranahybrid.com

O: 513-785-7540
F: 513-785-7397
345 High Street, 5th Floor
Hamilton, OH 45011
www.daranahybrid.com



**From:** Karina Ramirez [mailto:karina@amps-staffing.com]
**Sent:** Friday, June 30, 2017 2:34 PM
**To:** Darryl Cuttell <darryl@daranahybrid.com>; Joe Holley <j.holley@daranahybrid.com>; Alison Meyer <a.meyer@amps-staffing.com>
**Cc:** Bart Tolleson <bart@daranahybrid.com>; Gene Mercer <g.mercer@daranahybrid.com>; Rodney Caudill <rodney@daranahybrid.com>; Wayne Nelums <wayne@daranahybrid.com>
**Subject:** RE: Manpower changes - Elmsford

Darryl,
Just to confirm, you do not want to pay them for hours worked?

Kind Regards,

*Karina Ramirez*
**Human Resources**
**AMPS**
**Phone: 507-376-9868**
**Toll Free: 866-942-2677**
**Fax: 507-376-6339**



**From:** Darryl Cuttell [mailto:darryl@daranahybrid.com]
**Sent:** Friday, June 30, 2017 1:23 PM
**To:** Joe Holley <j.holley@daranahybrid.com>; Alison Meyer <a.meyer@amps-staffing.com>
**Cc:** Bart Tolleson <bart@daranahybrid.com>; Gene Mercer <g.mercer@daranahybrid.com>; Rodney Caudill <rodney@daranahybrid.com>; Karina Ramirez <karina@amps-staffing.com>; Wayne Nelums <wayne@daranahybrid.com>
**Subject:** RE: Manpower changes - Elmsford

They will not be paid next week, as per Darryl Cuttell, have them call with any concerns and I will deal with accordingly as they have done to us. I believe Wayne is sending 4 right away

Regards

**Darryl Cuttell**
President
C: 716-572-8969
darryl@daranahybrid.com

O: 513-785-7540
F: 513-785-7397
345 High Street, 5th Floor
Hamilton, OH 45011
www.daranahybrid.com

3



**From:** Joe Holley
**Sent:** Friday, June 30, 2017 1:13 PM
**To:** Alison Meyer <a.meyer@amps-staffing.com>
**Cc:** Bart Tolleson <bart@daranahybrid.com>; Darryl Cuttell <darryl@daranahybrid.com>; Gene Mercer <g.mercer@daranahybrid.com>; Rodney Caudill <rodney@daranahybrid.com>; Karina Ramirez <karina@amps-staffing.com>
**Subject:** Manpower changes - Elmsford
**Importance:** High

The following 6 individuals are no longer employed by AMPS/Darana.
Robert Weeks,
Larry Keen,
Sammy Chavous,
Micheal Higgins,
John Weeks,
Zack Wilson.
This is affective at 1:00pm today, which is when they quit.

I will assess our situation here shortly and may be looking to bring 1 or 2 people here, but will do without them if any way possible.

Currently on site
Jordan Young,
Richard Wingate
Jamier Walker

**Joe Holley**
Mechanical Installation Supervisor
C: 765-401-6839
j.holley@daranahybrid.com

O: 513-785-7540
F: 513-785-7397
345 High Street, 5th Floor
Hamilton, OH 45011
www.daranahybrid.com

